IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

CEDRIC CROSS,

    Plaintiff,

v.   No. 1:25-cv-01172-STA-jay

QUIRCH FOODS,

    Defendant.

---

REPORT AND RECOMMENDATION

---

On July 14, 2025, Plaintiff Cedric Cross filed a lawsuit against Quirch Foods. (Docket Entry ["D.E."] 1). On July 18, 2025, the Court ordered Plaintiff to pay the $405 filing fee or submit a properly completed and executed *in forma pauperis* form and affidavit no later than August 15, 2025. (D.E. 5). The Court warned Plaintiff that "[f]ailure to comply with this Order will result in dismissal of Plaintiff's lawsuit." (*Id*. at 2). As of August 25, 2025, Plaintiff has not complied with the Court's order. Accordingly, it is RECOMMENDED that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE.

Respectfully submitted this the 25th day of August, 2025.

                                              s/Jon A. York
                                              United States Magistrate Judge

## NOTICE

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**