IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **CEDRIC CROSS,** | ) |
| **Plaintiff,** | ) ) |
| v. | ) ) No. 25-1172-STA-jay |
| **QUIRCH FOODS,** | ) ) |
| **Defendant.** | ) ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE**

Before the Court is the United States Magistrate Judge' Report and Recommendation that this matter be dismissed without prejudice. (ECF No. 6.) The Magistrate Judge submitted his Report and Recommendation on August 25, 2025. Plaintiff has not filed any objections, and the specified time in which to do so has passed. Accordingly, the Court hereby **ADOPTS** the Report, and this matter is **DISMISSED** without prejudice.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  September 15, 2025